# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0632
Lower Tribunal Nos. CF87-004095-XX and CF87-004094-XX

_____

CARLOS RAMOS ROJAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Carlos Ramos Rojas, Miami, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED